1
2
3
4
5
6
7
8                                  UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VONDA K. KIRK,                                    No.  2:13-cv-2571-EFB

12                       Plaintiff,

13           v.                                          ORDER

14    CAROLYN W. COLVIN, Acting
      Commissioner of Social Security,
15
                       Defendant.
16

17

18           Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*,

19    and has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to

20    prepay fees and costs or give security for them.  Accordingly, the request to proceed *in forma*

21    *pauperis* will be granted.  28 U.S.C. § 1915(a).

22           In accordance with the above, IT IS HEREBY ORDERED that:

23           1.  Plaintiff's request to proceed in *forma pauperis* is granted.

24           2.  The Clerk of the Court is directed to serve the undersigned's scheduling order in Social

25    Security cases.

26           3.  The Clerk of the Court is further directed to serve a copy of this order on the United

27    States Marshal.

28    /////

                                                    1

1    4.  Within fourteen days from the date of this order, plaintiff shall submit to the United

2  States Marshal an original and five copies of the completed summons, five copies of the

3  complaint, and five copies of the scheduling order, and *shall file a statement with the court that*

4  *said documents have been submitted to the United States Marshal.*

5    5.  The United States Marshal is directed to serve all process without prepayment of costs

6  not later than sixty days from the date of this order.  Service of process shall be completed by

7  delivering a copy of the summons, complaint, and scheduling order to the United States Attorney

8  for the Eastern District of California, and by sending two copies of the summons, complaint, and

9  scheduling order by registered or certified mail to the Attorney General of the United States at

10  Washington, D.C.  *See* Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of

11  the summons, complaint, and scheduling order by registered or certified mail to the

12  Commissioner of Social Security, c/o Office of General Counsel, Region IX, 160 Spear Street,

13  Suite 800, San Francisco, CA  94105-1545.  *See* Fed. R. Civ. P. 4(i)(2).  *The United States*

14  *Marshal shall thereafter file a statement with the court that said documents have been served.*

15  DATED:  December 18, 2013.

16

17                EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28