```
BARBARA M. RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 15
Moss Beach, CA  94038
Telephone:  650-728-0170
Fax:  650-745-1220
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Vonda K. Kirk
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VONDA K. KIRK,<br>　　　　Plaintiff,<br>　v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br>　　　　Defendant. | Case No.: 13-CV-02571 EFB<br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Plaintiff, Vonda K. Kirk, have a 28-day extension of time in which to file a Motion for Summary Judgment Motion, up to and including July 25, 2014.  This extension is being sought because the undersigned counsel for the Plaintiff is in the process of relocating her home and office.  In keeping with the initial scheduling order in this Social Security case, Defendant's Response to the Plaintiff's Motion for Summary Judgment is due 30 days after service of the Motion for Summary Judgment.  Plaintiff's Reply to the Defendant's Opposition is due 21 days after service of Defendant's Opposition.

　　　Plaintiff respectfully requests that the Court approve this stipulation for a 28-day extension of time for Plaintiff to file a Motion for Summary

STIPULATION AND ORDER FOR TIME EXTENSION　　1
13-CV-2571 EFB

Judgment until July 25, 2014.  This is the first extension of time that Plaintiff has requested in this case.

Respectfully submitted,

Dated:  June 11, 2014            "/s/ Theophous Reagans"
                                 (As authorized via e-mail)
                                 THEOPHOUS REAGANS
                                 Special Assistant United States Attorney
                                 Attorney for Defendant

Dated:  June 11, 2014      By:   "/s/ Barbara M. Rizzo"
                                 BARBARA M. RIZZO
                                 Attorney for Plaintiff

  IT IS ORDERED that Plaintiff, Vonda K. Kirk, shall have up to and including July 25, 2014, to file a Motion for Summary Judgment.

Dated:  June 12, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE