UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONDA K. KIRK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:13-cv-2571-EFB<br><br><br>ORDER |

On June 3, 2015, plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. ECF No. 30. As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion. Accordingly, it is hereby ORDERED that, on or before August 17, 2015, defendant shall file either (1) a stipulation and proposed order resolving plaintiff's fee motion, or (2) an opposition in response to plaintiff's motion.

DATED: July 27, 2015.

_(signature)_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE